# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Dalton Greene**
        Plaintiff

vs.                                          CASE NUMBER: 3:22-CV-1070 (DJS)

**Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendant's Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendant's decision denying Plaintiff disability benefits is REMANDED pursuant to sentence four for further proceedings.

All of the above pursuant to the Order of the Honorable **Daniel J. Stewart**, dated 10/19/2023.

DATED: October 19, 2023

Clerk of Court

S/
Joanne Bleskoski
Deputy Clerk